1  MARAL J. SHOAEI (SBN 345117)
   shoaei.maral@dorsey.com
2  DORSEY & WHITNEY, LLP
   167 Hamilton Avenue, Suite 200
3  Palo Alto, CA 94301
   Telephone: (650) 843-2708
4  Facsimile: (650) 618-8659

5  CHRISTOPHER G. KARAGHEUZOFF (*pro hac vice* forthcoming)
   karagheuzoff.christopher@dorsey.com
6  JONATHAN MONTCALM (*pro hac vice* forthcoming)
   montcalm.jonathan@dorsey.com
7  DORSEY & WHITNEY, LLP
   51 W. 52nd St.
8  New York, NY 10019
   Telephone: (212) 415-9200
9  Facsimile: (212) 953-7201

10 Attorneys for Defendant KUIU, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KUIU, LLC.,<br><br>　　　　　Defendant. | CASE NO. 25-CV-00212-SCR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KUIU, LLC's UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: January 15, 2025<br>Complaint Served: January 21, 2025<br>Current Response Date: February 11, 2025<br>Requested Response Date: March 28, 2025<br>Trial Date: None Set |

1

1  The Court, having reviewed Defendant KUIU, LLC's Unopposed Motion to Extend Time to Answer or Otherwise Respond to the Complaint, and good cause appearing, hereby GRANTS the motion.

The time for KUIU to answer, move or otherwise respond to the Complaint is hereby extended to March 28, 2025.

IT IS SO ORDERED.

DATED: February 6, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT KUIU, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT